## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )    **No. 2:08-CR-96** |
| | )    **JUDGE JORDAN** |
| **TAMMY L. RECTOR** | ) |

### AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Tammy L. Rector, and the defendant admits that she has violated certain conditions of her supervised release. An agreement has been reached between the parties, recommending that Ms. Rector's supervised release should be revoked and that she should receive a sentence of fifteen (15) months imprisonment followed by two (2) years additional supervised release with the same conditions.

Ms. Rector agrees to waive her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive her right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence. In doing so, the defendant acknowledges that she is giving up the following rights:

(1)  The right to the assistance of counsel for her defense.

(2)  The right to see and hear all the witnesses and have them cross-examined in her defense.

(3)  The right on her own part not to testify unless she chose to do so in her defense, and

(4)  The right to the issuance of subpoenas to compel the attendance of witnesses to testify on her behalf.

Ms. Rector stipulates to the following violations that can be proven by the government by a preponderance of the evidence:

(1) **General Condition**: The defendant shall not commit another federal, state, or local crime.

(2) **General Condition**: The defendant shall not illegally possess a controlled substance.

(3) **Standard Condition No. 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

On or about July 16, 2013, Detective Brad Hall, Knox County Sheriff's Department, arrested and charged Ms. Rector with Possession with the Intent to Sell and Deliver Schedule II Narcotics (Crystal Methamphetamine) and Possession with the Intent to Sell and Deliver Schedule IV Narcotics (Alprazolam).

The Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. Violations 1 and 2 above constitute Grade C violations with violation 3 constituting the most serious Grade A violation for which an advisory guideline range of 12 to 18 months would apply given her Criminal History Category I. The Court has considered the advisory guideline range. The Court has also considered the statutory maximum of 3 years imprisonment. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

The Court concludes that the recommended sentence is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. §3553(a). Specifically, the Court finds that the defendant has admitted that the proof could establish by a preponderance of the evidence that she committed the violations alleged in the petition for warrant for offender under supervision.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into

2

consideration all of those factors and the Chapter Seven policy statements. IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to fifteen (15) months imprisonment followed by two (2) years additional supervised release with the same conditions.

Hon. R. Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

Robert M. Reeves
Assistant U.S. Attorney

Robert C. Welch II
U.S. Probation Officer

Tammy L. Rector
Defendant

Tim S. Moore
Attorney for Defendant

3