IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08-CR-096 |
| | ) | |
| TAMMY L. RECTOR | ) | |

**O R D E R**

The court has entered an agreed order of revocation [doc. 342]. It is **recommended** that the defendant be designated to FCI Tallahassee, Florida.

ENTER:

                                          s/ Leon Jordan
                                United States District Judge